```
                                                        FILED
                                                     February 24, 2006
        -UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
             EASTERN DISTRICT OF CALIFORNIA             CALIFORNIA
                                                       DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 06-0042-PAN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ELADIO MONTOYA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ELADIO MONTOYA, Case No. MAG. 06-0042-PAN, Charge, 18USC§352, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _✓_ (Other)   <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 24, 2006</u> at <u>3:45 p.m.</u>.

            By   /s/ Gregory G. Hollows
                 Gregory G. Hollows
                 United States Magistrate Judge