```
 1  DINA L. SANTOS, Bar #204200
    Attorney at Law
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4


 5  Attorney for Defendant
    Eladio Montoya
 6


 7


 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10


11

12  UNITED STATES OF AMERICA,    ) No. 2:06-cr-0100-MCE
                                 )
13              Plaintiff,       )
                                 ) STIPULATION AND ORDER VACATING
14       v.                      ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
15  ELADIO MONTOYA,              )
                                 )
16              Defendant.       ) Date: JANUARY 9, 2007
                                 ) Time: 8:30 a.m.
17  _____) Judge: Hon. England

18
```

19      **IT IS HEREBY STIPULATED** by and between Assistant United States
20 Attorney Camil Skipper, Counsel for Plaintiff, and Attorney Dina L.
21 Santos, Counsel for Defendant Eladio Montoya, that the status
22 conference scheduled for January 2, 2007, be vacated and the matter be
23 continued to this Court's criminal calendar on January 9, 2007, at 8:30
24 a.m.
25      This continuance is requested by the defense in light of January
26 2, 2007 being declared a national day of mourning and to permit further
27 client consultation concerning available courses of action and
28 negotiations with the prosecution, The defense anticipates that a

1  motion to dismiss will be made by the prosecution on January 9, 2007.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5  ends of justice served in granting the continuance and allowing the
6  defendant further time to prepare outweigh the best interests of the
7  public and the defendant in a speedy trial.

8  The Court is advised that all counsel have conferred about this
9  request, that they have agreed to the August 15, 2006 date, and that
10 Ms. Skipper has authorized Ms. Santos to sign this stipulation on her
11 behalf.

12 **IT IS SO STIPULATED.**

13

14 Dated: December 29, 2006          /S/ Dina L. Santos
                                     DINA L. SANTOS
15                                   Attorney for
                                     Eladio Montoya
16

17 Dated: December 29, 2006          /S/ Camil Skipper
                                     CAMIL SKIPPER
18                                   Assistant United States Attorney
                                     Attorney for Plaintiff
19

20

21                              **O R D E R**

22 **IT IS SO ORDERED.**

23 DATED: January 3, 2007

24

25

26 _____
   MORRISON C. ENGLAND, JR
27 UNITED STATES DISTRICT JUDGE

28